DEFENDANT: ERIC SALAZAR DELOS SANTOS
CASE NUMBER: CR-99-00143

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
**NINE MONTHS. WHILE IN PRISON, THE DEFENDANT SHALL PARTICIPATE IN A DRUG TREATMENT PROGRAM.**

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____ .

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

**FILED**
DISTRICT COURT OF GUAM
OCT 28 2005 *9p*
MARY L.M. MORAN
CLERK OF COURT

## RETURN

I have executed this judgment as follows:

Defendant delivered on  09-09-05  to  FDC Honolulu
a  Honolulu, HT  with a certified copy of this judgment.

_John T Rathman_
WARDEN ~~UNITED STATES MARSHAL~~

By _W. Tsai_
LIF ~~DEPUTY UNITED STATES MARSHAL~~

DEFENDANT: ERIC SALAZAR DELOS SANTOS
CASE NUMBER: CR-99-00143

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :
**51 MONTHS**

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

- [ ] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- [X] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)
- [ ] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- [ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- [ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: ERIC SALAZAR DELOS SANTOS
CASE NUMBER: CR-99-00143

# ADDITIONAL SUPERVISED RELEASE TERMS

1. DEFENDANT COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. SENTENCING COMMISSION.

2. DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES.

3. ALL CONDITIONS PREVIOUSLY ORDERED ON THE JUDGMENT FILED ON SEPTEMBER 29, 2000; AND MODIFIED ON JANUARY 22, 2004, JULY 14, 2004, AND FEBRUARY 10, 2005 SHALL REMAIN IN EFFECT AS FOLLOWS:

- DEFENDANT SHALL REFRAIN FROM THE ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE.

- DEFENDANT SHALL REFRAIN FROM THE USE OF ANY AND ALL ALCOHOLIC BEVERAGES.

- DEFENDANT SHALL SUBMIT TO ONE URINALYSIS WITHIN 15 DAYS AFTER RELEASE FROM IMPRISONMENT AND, TO TWO MORE URINALYSIS WITHIN 60 DAYS THEREAFTER.

- DEFENDANT SHALL PARTICIPATE IN A SUBSTANCE ABUSE TREATMENT PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR THE TREATMENT OF NARCOTIC ADDICTION OR DRUG OR ALCOHOL DEPENDENCY, WHICH WILL INCLUDE TESTING FOR THE DETECTION OF SUBSTANCE ABUSE OR USE, AND THAT THE DEFENDANT MAKE CO-PAYMENTS FOR ANY SUCH TREATMENT AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICER.

- DEFENDANT SHALL OBTAIN AND MAINTAIN LAWFUL EMPLOYMENT AND SUPPORT HIS DEPENDENTS.

- DEFENDANT SHALL PARTICIPATE IN A MENTAL HEALTH PROGRAM APPROVED BY THE U.S. PROBATION OFFICE.

THE REMAINING BALANCE OF COMMUNITY SERVICE WAS STRICKEN BY THE COURT.

# UNITED STATES DISTRICT COURT

U.S. MARSHALS-GUAM
RECEIVED

11 MAY 2005 14 00 01

District of     **GUAM**

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

**ERIC SALAZAR DELOS SANTOS**

Case Number:    CR-99-00143
USM Number:    01964-093

KIM SAVO, Assitant Federal Public Defender
Defendant's Attorney

**FILED**
DISTRICT COURT OF GUAM
MAY 11 2005
MARY L.M. MORAN
CLERK OF COURT

**THE DEFENDANT:**

X admitted guilt to violation of condition(s)    **SEE BELOW**    of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard | Failure to report to the probation officer and submit a truthful and complete written report within the first five days of each month. | |
| Standard | Failure to follow the instructions of the probation officer. | |
| Standard | Failure to notify the probation officer ten days prior to any change in employment. | |

The defendant is sentenced as provided in pages 2 through **5** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-5835

Defendant's Date of Birth: XX-XX-1974

Defendant's Residence Address:
Dededo, Guam 96929

Defendant's Mailing Address:
GMF, Guam 96921

May 3, 2005
Date of Imposition of Judgment

/s/ David O. Carter
Signature of Judge

DAVID O. CARTER, DESIGNATED JUDGE
Name and Title of Judge

May 10, 2005
Date

I hereby certify that the annexed instrument is a true copy of the original on file in my office.
ATTEST: CLERK OF COURT
District Court of Guam
Territory of Guam
By: /s/ Marilyn B. Alcon
Deputy Clerk

DEFENDANT: ERIC SALAZAR DELOS SANTOS
CASE NUMBER: CR-99-00143

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Special | Failure to participate in a substance abuse treatment program approved by the U.S. Probation Office for the treatment of drug or alcohol dependency which will include testing for the detection of substance abuse, and make co-payment for treatment at a rate to be determined by the U.S. Probation Office. | |
| Special | Failure to perform 500 hours of community service. | |