PROB 12B
(7/93)



*United States District Court*

for

*District of Guam*

FILED
DISTRICT COURT OF GUAM
FEB 13 2006
MARY L.M. MORAN
CLERK OF COURT

**Report for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearings is Attached)

Name of Offender   **Eric Salazar Delos Santos**          Case Number:  CR 02-00076-001
                                                                        99 143

Name of Sentencing Judicial Officer:    John S. Unpingco

Date of Original Sentence:    September 27, 2000

Original Offense:   Importation Of Crystal Methamphetamine aka "Ice" in violation of Title 21 U.S.C. §§ 952(a) and 960.

Original Sentence:  48 months imprisonment followed by 60 months supervised release with conditions to include: refrain from any unlawful use of a controlled substance; refrain from the use of any and all alcoholic beverages; participation in a drug treatment program and testing; obtain and maintain gainful employment; support his dependants; perform 200 hundred hours of community service; and pay a $100 special assessment fee. Modified on January 22, 2004, to include 100 hours community service and participation in a mental health treatment program. Conditions modified on January 22, 2004 to include an additional 100 hours of community service and participation in a mental health program approved by the U.S. Probation Office. Conditions modified on July 19, 2004, to include 100 hours of community service. Conditions modified on February 10, 2005 to include 100 hours of community service. Supervised release revoked on May 3, 2005 and client sentenced to nine months imprisonment followed by 51 months supervised release. All conditions were reimposed although the balance of community service was stricken by the Court.

Type of Supervision:   Supervised Release    Date Supervision Commenced:    January 11, 2006

## PETITIONING THE COURT

☐  To extend the term of supervision for ____ years, for a total term of ____ years.

☒  To modify the conditions of supervision as follow

1.  The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight drug tests per month, as directed by the probation officer.

ORIGINAL

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender
page 2

CAUSE

    On September 2, 2005, the Ninth Circuit, in United States v. Stephens, No. 04-50170, addressed 18 U.S.C. § 3583(d) supervised release and 18 U.S.C. §3563(a)(5) probation mandatory testing conditions which requires that the district court determine the maximum number of mandatory drug tests. The Ninth Circuit held that because the statute requires the district court to determine the maximum number of drug tests under the mandatory condition, transferring this duty to the probation officer was an improper delegation of Article III judicial power. To assist the Court in determining the appropriate number of drug tests, the undersigned officer has evaluated Eric Delos Santos' history of drug use, and the drug detection period of his drug of choice. As methamphetamine is the offender's drug of choice and has a normal detection period of four days or less, it is recommended that the maximum number of tests the court order per month be set at eight. This will allow for adequate time intervals between tests which will help facilitate the detection of use. It also provides for enough additional tests so that the pattern of testing will not be predictable to the offender. To address the implications of United States v. Stephens, Ninth Circuit No. 04-50170, it is respectfully requested that the Court modify Mr. Delos Santos' mandatory condition to set the maximum number of tests he must submit. It is therefore recommended that the mandatory condition be modified as follows:

> "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer."

    Mr. Delos Santos paid the $100 special assessment fee on October 16, 2001. He is gainfully employed and is attending substance abuse treatment as ordered.

    Based on the information above, this Officer respectfully requests that the Court modify the conditions of supervised release, pursuant to 18 U.S.C. § 3583(e)(2) as outlined above. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Delos Santos' consent to the modification.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON

U.S. Probation Officer
Supervision Unit Leader

Date: 2/7/04

Respectfully submitted,

by: GRACE D. FLORES

U.S. Probation Officer

Date: February 6, 2006

THE COURT ORDERS

☐ No Action

☑ The Extension of Supervision as Noted Above.

☑ The Modification of Conditions as Noted Above.

☐ Other    Issuance of a:    ☐ Summons    ☐ Warrant

LARRY ALAN BURNS, DESIGNATED JUDGE

2-13-06

Date

RECEIVED
FEB - 8 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PROB 49
(3/89)

# United States District Court

for

*District of Guam*

**Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision**

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1.     The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight drug tests per month, as directed by the probation officer.

Witness: _____Grace D. Flores_____    Signed: _____Eric Salazar DeJos Santos_____
            U.S. Probation Officer                    Probationer or Supervised Releasee

                                        _____2-2-06_____
                                              Date