PROB 12B
(7/93)

# United States District Court

for

*District of Guam*

### Report for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearings is Attached)

Name of Offender    **Eric Salazar Delos Santos**        Case Number:  **CR 99-00143-001**

Name of Sentencing Judicial Officer:    John S. Unpingco

Date of Original Sentence:    September 27, 2000

Original Offense:    Importation Of Crystal Methamphetamine aka "Ice" in violation of Title 21 U.S.C. §§ 952(a) and 960.

Original Sentence:    48 months imprisonment followed by 60 months supervised release with conditions to include: refrain from any unlawful use of a controlled substance; refrain from the use of any and all alcoholic beverages; participate in a drug treatment program and testing; obtain and maintain gainful employment; support his dependants; perform 200 hundred hours of community service; and pay a $100 special assessment fee. **Modified on January 22, 2004**, to include 100 hours community service and participation in a mental health treatment program.  **Conditions modified on July 19, 2004** to include 100 hours of community service.  **Conditions modified on February 10, 2005** to include 100 hours of community service.  **Supervised release revoked on May 3, 2005** and client sentenced to nine months imprisonment followed by 51 months supervised release.  All conditions were reimposed although the balance of community service was stricken by the Court.  **On February 13, 2006, conditions were modified** to include up to eight drug tests per month under the direction of the U.S. Probation Office.

Type of Supervision:    Supervised Release    Date Supervision Commenced:    January 11, 2006

## PETITIONING THE COURT

☐    To extend the term of supervision for            years, for a total term of            years.

☒    To modify the conditions of supervision as follows

1.    The defendant shall perform 50 hours of community service at the direction of the U.S. Probation Office.  The defendant agrees to perform a minimum of four hours of community service weekly.

Report for Modifying the  
Conditions or Term of Supervision  
with Consent of Offender

page 2

CAUSE

On January 16, 2008, Eric Delos Santos tested presumptive positive for the use of methamphetamine. He denied use of any illegal substances and the specimen was sent to Kroll Laboratory Specialists, Inc. for confirmation testing. On January 23, 2008, the results were returned positive for the use of amphetamine and methamphetamine and Mr. Delos Santos subsequently admitted to using "ice". Additionally, the specimen was returned as a dilute sample. Mr. Delos Santos submitted a specimen on December 10, 2007 that was diluted. He was counseled about his consumption of too much fluids prior to testing.

Mr. Delos Santos is participating in a substance abuse testing and treatment program. As a result of the admission, he was returned to phase one day one of the program. He paid the $100 special assessment fee on October 16, 2001, and is gainfully employed.

Based on the information above and pursuant to 18 U.S.C. § 3583(e)(2), this Officer respectfully requests that the Court modify the conditions of supervised release and order Mr. Delos Santos to perform 50 hours of community service at a minimum rate of four hours weekly. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Delos Santos' consent to the modification.

Reviewed by: /s/ CARMEN D. O'MALLAN  
U.S. Probation Officer Specialist  
Supervision Unit Leader

Date: March 18, 2008

Respectfully submitted,  
by: /s/ GRACE D. FLORES  
U.S. Probation Officer

Date: March 18, 2008

THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other      Issuance of a:   ☐ Summons      ☐ Warrant



**/s/ Frances M. Tydingco-Gatewood**  
**Chief Judge**  
**Dated: Mar 20, 2008**