PROB 12A
(3/07)

# United States District Court

for

*District of Guam*

### Report on Offender Under Supervision

Name of Offender: **Eric Salazar Delos Santos**  Case Number: **CR 99-00143-001**

Name of Sentencing Judicial Officer:  John S. Unpingco

Date of Original Sentence:  September 27, 2000

Original Offense: Importation Of Crystal Methamphetamine aka "Ice" in violation of Title 21 U.S.C. §§

Original Sentence: 48 months imprisonment followed by 60 months supervised release with conditions to include: refrain from any unlawful use of a controlled substance; refrain from the use of any and all alcoholic beverages; participate in a drug treatment program and testing; obtain and maintain gainful employment; support his dependants; perform 200 hundred hours of community service; and pay a $100 special assessment fee.  **Modified on January 22, 2004**, to include 100 hours community service and participation in a mental health treatment program.  **Conditions modified on July 19, 2004** to include 100 hours of community service.  **Conditions modified on February 10, 2005** to include 100 hours of community service.  **Supervised release revoked on May 3, 2005** and client sentenced to nine months imprisonment followed by 51 months supervised release.  All conditions were reimposed although the balance of community service was stricken by the Court.  **On February 13, 2006, conditions were modified** to include up to eight drug tests per month under the direction of the U.S. Probation Office. **On March 20, 2008, conditions were modified** to include performance of 50 hours of community service at the direction of the U.S. Probation Office. The defendant agrees to perform a minimum of four hours of community service weekly.

Type of Supervision:  Supervised Release  Date Supervision Commenced: January 11, 2006

### NONCOMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to participate in a substance treatment program approved by the U.S. Probation Office for treatment of narcotic addiction or drug of alcohol dependency which will include testing for the detection of substance use of abuse. |

Report on Offender
Under Supervision

On May 22, 2008, Mr. Delos Santos submitted a diluted urine specimen. He was counseled about his consumption of too much fluids prior to testing. On May 30, 2008, Mr. Delos Santos failed to show for his scheduled counseling appointment and on July 19, 2008, he failed to show for drug testing. He additionally failed to show for his compliance meeting on July 22, 2008. On July 23, 2008, Mr. Delos Santos was counseled about his failure to show for urinalysis.

Mr. Delos Santos is participating in a substance abuse testing and treatment program. As a result of the violations, he was extended in the phase for two additional months. Mr. Delos Santos is gainfully employed and in compliance with the other conditions of his release.

This report is for informational purposes only and it is respectfully recommended that no action be taken.

| Reviewed by: | Respectfully submitted, |
|---|---|
| /s/ CARMEN D. O'MALLAN<br>U.S. Probation Officer Specialist | by:  /s/ GRACE D. FLORES<br>U.S. Probation Officer |
| Date:  July 28, 2008 | Date:  July 28, 2008 |

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ No Action.

☐ Other



**/s/ Frances M. Tydingco-Gatewood
    Chief Judge
Dated: Jul 30, 2008**